IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-cr-00007 |
| | ) | JUDGE HAYNES |
| CARLOS MANUEL | ) | |

**UNITED STATES' MOTION IN LIMINE TO ADMIT 404(b)
"OTHER ACTS" EVIDENCE**

Comes the United States of America, by and through the United States Attorney for the Middle District of Tennessee, and files this *motion in limine*.

The United States requests an Order permitting the United States to present evidence of two of Defendant Carlos Manuel's prior convictions for the purpose of showing knowledge, intent, and absence of mistake under Federal Rule of Evidence 404(b). Specifically, the United States requests permission to present evidence of the following two state convictions: (1) Sale of Cocaine, Case Nos. 94-A-93 (exhibit A), and (2) Possession for Resale of over 26 grams of Cocaine, Case No. 96-A-1073, (exhibit B). Under Rule 404(b), evidence of other crimes, wrongs, or acts is admissible as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident." Fed. R. Evid. 404(b); see United States v. Spikes, 158 F.3d 913 (6th Cir. 1998). Here, Defendant's prior drug-related convictions are relevant to the material issues of his knowledge, intent, and absence of mistake. The resulting probative value of the other acts evidence is not outweighed by any prejudicial risk that a jury

1