CARLOS F. MANUEL
Reg. No. 18928-075
F.C.I. Williamsburg
P.O. Box 340
Salters SC 29590

RECEIVED IN CLERK'S OFFICE
DEC 21 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

December 18, 2012

Criminal No. 3:09-0007
Judge. Hon Haynes Jr.

TO THE Clerk of Court:

Dear Sir/Mandam.

I am the interested person named in the caption above and my federal criminal case number is displayed as well. I am writing concerning information on how would I be able to obtain a copy of my federal sentencing transcripts. I was CJA court appointed counsel who would not aid me in supplying me with a copy, even after I had received them, now I am forced to purchased them and I need to know how to, and the lost of these documents.

Also I wish to file for postconviction relief and I need your office to send me an application/form to proceed in filing a 2255 pro-se.

Time is of the essence and I really would appreciated your assistance in this important legal matter. Happy Holidays and thank you.

Sincerely

/s/ *[signature]*

*[handwritten note: Clerk shall forward a copy of this letter to defendant's last counsel of record. /s/ 1-7-13]*